IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CONCHITA WASHINGTON, §
    Petitioner, §
     §
VS. § CIVIL ACTION NO.4:08-CV-165-Y
     §
W. ELAINE CHAPMAN, Warden, §
FMC-Carswell, §
    Respondent. §

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Conchita Washington under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on July 17, 2008; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on August 7, 2008.[1]

The Court, after **de novo** review, concludes that Washington's objections must be overruled, and that the petition for writ of habeas corpus should be dismissed for lack of jurisdiction, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

---

[1] Washington filed, on August 7, 2008, a motion for leave to withdraw her petition. As Washington references therein the time to file objections, the document is also construed as objections to the magistrate judge's report.

Conchita Washington's petition for writ of habeas corpus is DISMISSED for lack of jurisdiction.[2]

SIGNED August 12, 2008.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[2] As the Court is without jurisdiction, the pending motions are not addressed.